UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-MJ-08462-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAQUIN MENDEZ,

    Defendant.
-----------------------------------------/

## PERMANENT NOTICE OF APPEARANCE

The undersigned, ANTHONY C. VITALE, ESQ., files this Notice of Appearance on behalf of the Defendant, JOAQUIN MENDEZ, for trial and all proceedings in the District Court, and respectfully requests that all notices of Court hearings and pleadings are served upon undersigned counsel.

Dated: January 3, 2017
       Miami, Florida

Respectfully submitted,

/ s / *Anthony C. Vitale*, Esquire
_____
ANTHONY C. VITALE, Esquire
avitale@vitalehealthlaw.com
THE HEALTH LAW OFFICES OF
ANTHONY C. VITALE, P.A.
Law Offices at Brickell Bay
2333 Brickell Avenue, Suite A-1
Miami, Florida  33129-2497
Telephone: (305) 358-4500/Fax: (305) 358-5113

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been electronically filed this 3rd day of January, 2017, with the Clerk of Court through CM/ECF.

/ s /  *Anthony C. Vitale*, Esquire
_____
ANTHONY C. VITALE, Esquire
Florida Bar No. 249841