IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-MJ-08462-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH CHATMAN,

    Defendant.
_____/

**MOTION FOR EXTENSION OF
TIME TO APPEAL PRETRIAL DETENTION ORDER**

COMES NOW, the Defendant, KENNETH CHATMAN, by and through his undersigned counsel, and presents herewith, his Motion for Extension of Time to Appeal the Pretrial Detention Order and states as follows:

1. On December 22, 2016, this Court ordered that the Defendant be detained pending trial.

2. Undersigned counsel respectfully requests that this Honorable Court enter an order providing a thirty (30) day extension to appeal the pretrial detention order.

3. The office of the undersigned counsel has conferred with Assistant United States Attorney Ann Marie C. Villafana and she has no objection to the relief requested herein.

4. This motion is made in the utmost of good faith and in the interest of justice, and is not the result of a lack of due diligence.

WHEREFORE, the Defendant, KENNETH CHATMAN, respectfully prays that this Honorable Court enter an order granting the within Motion for Extension of Time to Appeal the Pretrial Detention Order, therein providing a thirty (30) day extension.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone:  (305) 441-2333
Facsimile:  (305) 908-8693
Email:  saam@zangenehlaw.com

/s/   *Saam Zangeneh*
By:   Saam Zangeneh, Esq.
      Fla. Bar No.:  526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 4th day of January, 2017, with the Clerk of Court through CM/ECF.

/s/   *Saam Zangeneh*
Saam Zangeneh, Esq.