IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-8462-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Kenneth Chatman a/k/a "Kenny," Joaquin
Mendez, Donald Willems, Fransesia Davis,
a/k/a "Francine," a/k/a "Francesa,"
Michael Bonds, and Laura Chatman,

    Defendants.
_____/

## PERMANENT NOTICE OF APPEARANCE

The undersigned attorney, MAURICIO PADILLA, ESQ., files this Notice of Appearance on behalf of the Defendant, Donald Willems, for trial and all proceedings in the District Court, and respectfully requests that all notices of Court hearings and pleadings are served upon undersigned counsel.

Respectfully submitted,

PADILLA LAW
14 Northeast 1st Avenue, 2nd Floor
Miami, Florida 33132
Telephone:   (305) 856-1777
Facsimile:    (305) 856-2411
Email:        mp@miaesq.com

/s/   *Mauricio Padilla*
By:   Mauricio Padilla, Esq.
      Fla. Bar No.:  556491

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been electronically filed this 5th day of January, 2017, with the Clerk of Court through CM/ECF.

/s/   *Mauricio Padilla*
Mauricio Padilla, Esq.