UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:16-08462-WM

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**MICHAEL BONDS,**

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

**COMES NOW, PAUL WALSH, ESQUIRE** and hereby advises the Court that the Undersigned counsel for the Defendant will be out of the jurisdiction on two scheduled pre-paid vacations and otherwise unavailable on the following dates: **January 26, 2017 through January 27, 2017**, and **February 8, 2017 through February 14, 2017.** The undersigned counsel therefore respectfully requests that no matters in the above-referenced case which require the undersigned's presence be scheduled during his absence.

    Respectfully submitted,

    PAUL WALSH, ESQ.
    Perlet, Shiner, Melchiorre
    & Walsh, P.A.
    Attorney for the Defendant
    Northbridge Centre
    515 North Flagler Drive, Suite 701
    West Palm Beach, Florida 33401
    (561) 721-0552 telephone
    ( 561) 721-3049 facsimile

    By: *s/Paul Walsh, Esquire*
        Paul Walsh, Esq.
        Florida Bar No. 71063

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 10th day of January, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, wither via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

By:  *s/Paul Walsh, Esquire*
     PAUL WALSH, ESQUIRE
     Counsel for Defendant, Michael Bonds