IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-MJ-8462-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH CHATMAN,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

COMES NOW, the Defendant, KENNETH CHATMAN, by and through the undersigned counsel, and moves this Honorable Court to enter an order continuing the Arraignment in the above-captioned matter and as grounds states the following:

1. This matter is scheduled for Arraignment on Wednesday, January 25, 2017, at 10:00 a.m.

2. Undersigned counsel has a scheduling conflict and will be out of town.

3. Based on the aforementioned, undersigned counsel would request a one-day continuance to Thursday, January 26, 2017.

4. Undersigned counsel conferred with Assistant United States Attorney Ann Marie C. Villafana and she has no objection.

5. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Defendant, KENNETH CHATMAN, respectfully requests that this Honorable Court enter an order continuing the presently scheduled Arraignment in the above-styled cause.

Respectfully submitted,

SAAM ZANGENEH, P.A.
14 Northeast 1st Avenue, Suite 300
Miami, Florida 33132
Telephone: (305) 441-2333
Facsimile: (305) 908-8693
Email: saam@zangenehlaw.com

/s/ *Saam Zangeneh*
By: Saam Zangeneh, Esq.
    Fla. Bar No.: 526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 23rd day of January, 2017, with the Clerk of Court through CM/ECF.

/s/ *Saam Zangeneh*
Saam Zangeneh, Esq.